Cite as 2025 Ark. App. 492

# ARKANSAS COURT OF APPEALS
## DIVISION IV
### No. CR-24-848

| | |
|---|---|
| JEDIAH RYAN HALEY<br><br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br><br>APPELLEE | Opinion Delivered October 22, 2025<br><br>APPEAL FROM THE CARROLL COUNTY CIRCUIT COURT, EASTERN DISTRICT<br>[NO. 08ECR-22-207]<br><br>HONORABLE RANDY WRIGHT, JUDGE<br><br>REVERSED AND REMANDED |

**CASEY R. TUCKER, Judge**

Jediah Haley appeals the Carroll County Circuit Court's dismissal of his appeal from Berryville District Court. He asserts that the circuit court erred in dismissing his appeal because pursuant to case law interpreting Arkansas Rule of Criminal Procedure 36(c), his appeal was properly before the court. This is a companion case to case No. 08ECR-22-191 and case No. 08ECR-22-199. Haley filed three separate appeals, and today we hand down opinions in all three cases. We reverse and remand.

On August 18, 2022, Haley was convicted in Berryville District Court of disorderly conduct.[1] He appealed his conviction to the Carroll County Circuit Court by filing a certified copy of the district court docket with the circuit court clerk on September 16, 2022.

---

[1]On the same date, Haley was convicted of third-degree battery in 08ECR-22-199 and criminal trespass in 08ECR-22-191.

Because the procedural facts, issues, and arguments raised on appeal are the same as those presented in the companion cases, which we also hand down today, we find it unnecessary to restate them. This court's conclusions are set forth in *Haley v. State*, 2025 Ark. App. 484, ___ S.W.3d ___, and are incorporated herein. Accordingly, we reverse and remand the dismissal of Haley's appeal.

Reversed and remanded.

ABRAMSON and VIRDEN, JJ., agree.

*Dusti Standridge*, for appellant.

*Tim Griffin*, Att'y Gen., by: *Joseph Karl Luebke*, Ass't Att'y Gen., for appellee.